IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, A MINOR,<br>Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO: H-02-2131 |
| MINOLA'S PLACE OF TEXAS RESIDENTIAL TREATMENT CENTER; ADMINISTRATOR, MINOLA'S PLACE OF TEXAS RESIDENTIAL TREATMENT CENTER, IN HER INDIVIDUAL AND OFFICIAL CAPACITY<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## ORDER

Motion having been made, and the Court having been sufficiently advised,

IT IS ORDERED that Plaintiff's Motion to Proceed Under Pseudonyms is hereby GRANTED; that Plaintiff Doe may proceed pseudonymously; and that any documents required to be signed by such Plaintiff may be filed with her true name expunged and replaced by pseudonyms, with the signed originals retained in the possession of Plaintiff's counsel.

_____
United States District Judge

Dated: June 4, 2002

Certificate of Service

IAFFIRM that a copy of the forgoing has been served on the following: Minola's Place and Administrator of Minola's Place, Ms. Grey, at the following address: 16690 Champion Forest Drive, #293, Spring, Texas 77379 on June 4  2002.