Case 4:02-cv-02131   Document 18   Filed in TXSD on 10/04/02   Page 1 of 1

United States Courts
Southern District of Texas
ENTERED

OCT 0 8 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOES, A MINOR, | § |
| | § CIVIL ACTION NO. H-02-2131 |
| Plaintiff, | § |
| | § |
| Vs. | § |
| | § |
| MINOLA'S PLACE OF TEXAS RESIDENTIAL TREATMENT CENTER; ADMINISTRATOR, MINOLA'S PLACE OF TEXAS RESIDENTIAL TREATMENT CENTER, IN HER INDIVIDUAL CAPACITY AND OFFICIAL CAPACITY, | § § § § § § § |
| Defendants | § |

## ORDER GRANTING AGREED PERMANENT INJUNCTION

Before the Court is the Joint Motion for Agreed Permanent Injunction filed by Plaintiff, Jane Doe ("Doe") and Defendants Minola's Place of Texas and Administrator Rozella Gray (collectively, "Defendants").

The Court finds that all conditions necessary for entry of a permanent injunction have been met.

The Court **ORDERS** that Defendants Minola's Place of Texas, including Rozella Gray, Administrator of Minola's Place of Texas, and all employees of Minola's Place of Texas, are **ENJOINED** from denying or delaying Doe or any juvenile in their custody access to any legal medical services including, but not limited to, abortion services. Further, the Court finds that parties have settled and that in accordance with the settlement agreement, all costs and attorney's fees are to be paid by Defendant.

Signed this ____ day of October, 2002.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

